**UNITED STATES DISTRICT COURT**

**District of Minnesota**

Mauro Johnny Poalacin Pilaguicin

Petitioner,

v.

Todd Lyons, Kristi Noem, Pamela Bondi,
Executive Office for Immigration Review,
David Easterwood

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00204-LMP-DJF

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Mauro Johnny P. P.'s Petition for a Writ of Habeas Corpus (ECF No. 1) is **GRANTED** as follows:

   a. The Court **DECLARES** that Mauro Johnny P. P. is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226.

   b. The Government is ordered to provide Mauro Johnny P. P. with a bond redetermination hearing under 8 U.S.C. § 1226(a) on the merits of his release no later than January 22, 2026.

   c. If the Government does not provide Mauro Johnny P. P. with a bond redetermination hearing as required by this Order, he must be immediately

released from detention.

d. No later than January 23, 2026, the Government shall provide the Court with a status update concerning the results of any bond hearing conducted pursuant to this Order, or if no bond hearing was held, advise the Court regarding Mauro Johnny P. P.'s release.3

Date: 1/16/2026

KATE M. FOGARTY, CLERK